# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL KEMSLEY,

    Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 18-13514

Honorable Gershwin A. Drain
Magistrate Judge David R. Grand

| Barry R. Powers (P40589) | Samantha L. Walls (P75727) |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| **CRANBROOK LAW GROUP, P.C.** | **DYKEMA GOSSETT PLLC** |
| 38550 Garfield Road, Suite A | 400 Renaissance Center |
| Clinton Township, Michigan 48038 | Detroit, MI  48243 |
| (248) 515-8599 | Telephone:  (313) 568-6800 |
| bpowers@cranbrooklawgroup.com | swalls@dykema.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon the stipulation of the parties, a settlement having been reached, and the Court being otherwise advised of the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, and without costs to either party.

**IT IS SO ORDERED.**

                                            s/Gershwin A. Drain
                                            Hon. Gershwin A. Drain
                                            United States District Judge

Date: <u>January 3, 2020</u>

**STIPULATIONS:**

By: */s/ Barry R. Powers*
    Barry R. Powers (P40589)
    *Counsel for Plaintiff*
    **CRANBROOK LAW GROUP, P.C.**
    38550 Garfield Road, Suite A
    Clinton Township, Michigan 48038
    (248) 515-8599
    bpowers@cranbrooklawgroup.com

By: */s/ Samantha L. Walls*
    Samantha L. Walls (P75727)
    *Attorneys for Defendant*
    **DYKEMA GOSSETT PLLC**
    400 Renaissance Center
    Detroit, MI 48243
    (313) 568-6800
    swalls@dykema.com